IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.

ASR SERVICES, INC.,

    Plaintiff,

v.

PENN-AMERICA INSURANCE
COMPANY,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, PENN-AMERICA INSURANCE COMPANY, (hereafter referred to as "PAIC") by through its undersigned counsel, hereby gives notice of removal of this action from the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida to the United States District Court for the Southern District of Florida, West Palm Beach Division, and states as follows:

1.    On or about December 19, 2023, the Plaintiff filed the herein action in the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida, Case No. 50-2023-CA-016794. A copy of the Plaintiff's complaint is attached hereto as **Exhibit A.**

1

2. The Defendant was served with service by the Florida Department of Financial Services on December 21, 2023. Therefore, the Notice of Removal is timely filed. See 28 U.S.C. §1446(b).

3. The herein action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. §1332, and is one which may be removed to this Court by the Defendant pursuant to 28 U.S.C. §§1441 and 1446, in that:

    A. It is an action between citizens of different states; and,

    B. It is a civil action in which the amount in controversy exceeds the sum of Seventy Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

4. The Plaintiff, ASR SERVICES, INC. (hereinafter referred as "ASR") is incorporated in Florida and has its principle place of business in the State of Florida. As such, the Plaintiff ASR is deemed to be a citizen of Florida. See 28 U.S.C. 1332(c)(1).

5. The Defendant, PAIC is a Pennsylvania corporation and has its principal place of business in Bala Cynwyd, Pennsylvania. As such, the Defendant PAIC is deemed to be a citizen of Pennsylvania. See 28 U.S.C. 1332(c)(1).

6. Therefore, the citizenship of the Defendant is different from the citizenship of the Plaintiff. Accordingly, there is diversity of citizenship in this matter.

7. In this action, the Plaintiff is seeking a declaration that PAIC is obligated to defend and indemnify it in connection with a claim being brought against it by Waste Management. (the "Underlying Claim").

8. The Underlying Claim arises out of damage to a Waste Management vehicle caused by a fire while it was being serviced by the Plaintiff on November 23, 2021. Waste Management has valued its vehicle, and therefore its loss, at over $230,000 and has demanded same in connection with the Underlying Claim.

9. A court may decide that removal is proper if it is facially apparent that the amount in controversy exceeds the jurisdictional amount. *See, e.g., Williams v. Best Buy Co., Inc.*, 269 F.3d 1316, 1319 (11th Cir. 2001). The amount in controversy in the subject case is in excess of the jurisdictional amount of $75,000 because:

    a. The Plaintiff has a filed this action for declaratory relief seeking coverage for the Underlying Claim, which Underlying Claim on its face exceeds $75,000.

  b. The Plaintiff is also seeking its attorneys' fees and costs incurred in bringing this action.

  c. Thus, it is facially apparent that the amount in controversy in this action exceeds the jurisdictional limit.

  10. Pursuant to 28 U.S.C. §1446(d), PAIC provided written notice to all adverse parties and filed a copy of this Notice of Removal with the Clerk of the Court of the 15th Judicial Circuit in and for Palm Beach County, Florida. (A copy of the Notice of Removal to Opposing Counsel is attached hereto as **Exhibit B**; a copy of the Certification of Notice of Removal is attached hereto as **Exhibit C**).

  WHEREFORE, PENN-AMERICA INSURANCE COMPANY, requests that the above action now pending in the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida, be removed to this Honorable Court.

  Dated: This 3rd day of January, 2024.

           Respectfully submitted,

           LITCHFIELD CAVO LLP

           /s/ *John R. Catizone*
           JOHN R. CATIZONE, ESQUIRE
           Florida Bar No.: 0695491
           600 Corporate Drive, Suite 600
           Fort Lauderdale, Florida 33334
           Telephone: 954.689.3000

Facsimile:   954.689.3001
Email: catizone@litchfieldcavo.com
Attorneys for Defendant
Penn-America Insurance Company