UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

ASR SERVICES, INC.,

    Plaintiff,

CASE NO. 24-8002-cv-MARRA

vs.

PENN-AMERICA INSURANCE COMPANY, et al.,

    Defendants
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff, ASR SERVICES INC., and counsel for Defendants, PENN-AMERICA INSURANCE COMPANY, CAUSEWAY INSURANCE, INC. and WARREN MACK (collectively the "Parties"), that the above-styled action is dismissed WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own fees and costs, conditioned upon the Court entering an order retaining jurisdiction to enforce the terms of the Parties settlement agreement.

Dated: September 19, 2024

<div style="display: flex;">

<div>

*/s/ Stephanie H. Carlton, Esq.*
Gary Khutorsky (FL Bar No. 814271)
Stephanie H. Carlton (FL Bar No. 123763)
HINSHAW & CULBERTSON, LLP
201 E. Las Olas Blvd., Suite 1450
Ft. Lauderdale, FL 33301
Tel: (954) 375-1167
gkhutorsky@hinshawlaw.com
scarlton@hinshawlaw.com
*Counsel for Defendant, Penn-America Insurance Company*

/s/ *Richard M. Benrubi, Esq.*
Richard M. Benrubi, Esq. (FL Bar No. 76573)
rbenrubi@benrubilaw.com
Benrubi Law, P.A.
6501 Congress Avenue, Suite 118
Boca Raton, Florida 33487
Telephone: (561) 910-8650
*Counsel for Plaintiff*
*ASR Services, Inc*

</div>

<div>

*/s/ Steven J. Chackman, Esq.*
Steven J. Chackman (FL Bar No. 376851)
Bernstein, Chackman, Liss
schackman@bernsteinchackman.com
4000 Hollywood Blvd., Suite 610
North Hollywood, Florida 33021
Telephone: (954) 986-9600
*Counsel for Defendants Causeway Insurance, Inc. and Warren Mack*

</div>

</div>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been filed with the Court via CM/ECF with a copy automatically served via email on all counsel of record on September 19, 2024.

                                             */s/ Stephanie H. Carlton Esq.*
                                             Stephanie H. Carlton