UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80002-CIV-MARRA

ASR SERVICES, INC.,

Plaintiff,

vs.

PENN-AMERICA INSURANCE COMPANY et al.,

Defendants.
_____/

## ORDER CLOSING CASE

This cause is before the Court upon the parties' Stipulation of Dismissal with Prejudice (DE 32). The parties condition the dismissal upon the Court retaining jurisdiction to enforce the settlement.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1) The case is **DISMISSED WITH PREJUDICE**.

2) The Court retains jurisdiction to enforce the settlement.

3) All pending motions are **DENIED AS MOOT**.

4) The Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 23rd day of September, 2024.

KENNETH A. MARRA
United States District Judge